## CAUSE NO. 2016-DCR-0627

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **452nd JUDICIAL DISTRICT** |
| | § | |
| **KEVIN MICHAEL MCGRUDER** | § | **KIMBLE COUNTY, TEXAS** |

## NOTICE OF APPEAL

Now comes KEVIN MICHAEL MCGRUDER, Defendant in the above styled and numbered cause, and, within thirty (30) from the date of sentencing, files this Notice of Appeal to the Fourth Court of Appeals of the conviction in this cause.

Respectfully submitted,

STEVEN J. PICKELL
Attorney for Defendant
620 Earl Garrett Street
Kerrville, Texas 78028
830.257.5100 (phone)
830.257.5102 (fax)
State Bar No. 15970500

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was sent by fax to Tonya Ahlschwede, 452ND District Attorney, at 325.347.8404, on August 31, 2017.

STEVEN J. PICKELL